1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| ROBERT YOUNAN,<br><br>            Plaintiff,<br><br>    v.<br><br>BT AMERICAS, INC., a Corporation, and DOES 1 through 50,<br><br>            Defendants. | Case No.: CV 14-06868 BRO (PLAx)<br><br>*Assigned to Honorable Beverly Reid O'Connell*<br><br>**ORDER FOR DISMISSAL OF ACTION** |

ORDER FOR DISMISSAL
- 1

## ORDER

The Court, having reviewed the Joint Stipulation Re Dismissal ("Stipulation") between Plaintiff Robert Younan on the one hand, and Defendant BT Americas, Inc. on the other hand, and good cause appearing,

**IT IS ORDERED THAT**:

The Stipulation is approved and the request for an order to dismiss the case with prejudice is granted.  Each side is also ordered to bear his or its own attorneys' fees and costs.

**IT IS HEREBY ORDERED**

Dated: September 8, 2015

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE